IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03102-MJW

VICKI CLARK,

Plaintiff,

v.

HOME DEPOT U.S.A., INC.,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that defendant's Unopposed Motion to Appear Via Telephone at Scheduling/Planning Conference (Docket No. 13) is granted. Accordingly, Arthur K. Smith, Esq., may participate in the Scheduling Conference by telephone by calling the court at (303) 844-2403 on January 7, 2015, at 10:30 a.m. Mountain Time.

It is further ORDERED that Defendant Home Depot U.S.A., Inc.'s Unopposed Motion for Leave to File Home Depot's Answer to Plaintiff's Complaint (Docket No. 14) is granted. The tendered Answer (Docket No. 14-1) is accepted for filing as of the date of this Minute Order.

Date: December 18, 2014