IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03102-WJM-MJW

VICKI CLARK,

Plaintiff,

v.

HOME DEPOT U.S.A., INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Defendant's Motion for Entry of Stipulated Protective Order (docket no 28) is GRANTED finding good cause shown. The written Protective Order (docket no. 28-1) is APPROVED as amended in paragraphs 5, 7, and 9 and made an Order of Court.

Date: March 11, 2015